

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00336-CR

**MICHAEL RAY FERGUSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law
### Navarro County, Texas
### Trial Court No. C37620-CR

## O R D E R

Appellant's brief was due February 25, 2019. In his first motion for extension of time, appellant requested an additional 120 days to file his brief. An extension of time of only 60 days was granted, and appellant's brief is currently due May 13, 2019.

Appellant has now filed a second motion for extension for time requesting an additional 120 days to file his brief. He contends he is not in possession of State's Exhibit 1, which he labels as a "Body cam video of Chief Miers," and is attempting to obtain a copy of the "disc." State's Exhibit 1 is not a disc or a body cam video. Although

confusingly labeled "Download" by the reporter in the index of Volume 3 of the reporter's record, State's Exhibit 1 is actually a print-out of notes downloaded from a cell phone. The notes are in the reporter's record.

Accordingly, appellant's Motion to Extend Time to File Appellant's Brief, filed on May 10, 2019, is denied. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion denied
Order issued and filed May 22, 2019

